| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

ORIGINAL

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08 Cv. 3749 |
| DEFENDANT | TYPE OF PROCESS |
| $25,095 in United States currency | Publication |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ | USMS - SDNY |
|  | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Tony Dulgerian

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                        Fold

Please publish the following notice of publication in a newspaper of general circulation once a week for three consecutive weeks.

CATS #07-DEA-491494                    FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA Sharon Frase | ☐ DEFENDANT | 212-637-2329 | 4/22/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 4/25/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 6/23/08    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:    6/23/08 - Notice was published in the New York Law Journal on May 14, 21 & 28, 2008. (copy attached)

PRIOR EDITIONS MAY BE USED                    08-3749-2                    FORM USM-285

**STATE OF NEW YORK**
*County of New York,* s:

> **MISCELLANEOUS**
>
> USA-33s-100-
> **NOTICE OF CIVIL FORFEITURE PROCEEDING** Rev. 11/94
>
> UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK — On April 21, 2008, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 21 U.S.C. §881(a)(6), as moneys furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such exchanges, and all moneys used or intended to be used to facilitate such exchanges, in violation of Title 21 of the United States Code, for $25,095.00 in United States Currency, 08 Civ. 3749.
> Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by June 29, 2008, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any persons with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to provide such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
> FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV
> On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.
> Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.
> This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.
> Dated: New York, New York April _____, 2008
> MICHAEL J. GARCIA
> JOSEPH R. GUCCIONE
> U.S. Attorney/SDNY
> 1016845      my14-W my28

Nellie Gonzalez, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 14th day of May, 2008.

TO WIT: MAY 14, 21, 28, 2008

SWORN TO BEFORE ME, this 28th day
Of May, 2008.

*Nellie Gonzalez*

*Cynthia Byrd*
Cynthia Byrd
Notary Public, State of New York
No. 01BY6056945
Qualified in Kings County
Commission Expires April 09, 2011




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

====================================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$25,095 IN UNITED STATES CURRENCY,

Defendant-in-rem.

====================================================================

## NOTICE OF PUBLICATION
## 08 Civ. 3749 (LAP)

====================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON E. FRASE
**Assistant United States Attorney**
 **-Of Counsel-**