MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

RECEIVED
AUG 13 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,              :    ORDER TO SHOW CAUSE

        Plaintiff,             :    08 Civ. 3749 (LAP)

     - v. -                       :

$25,095.00 IN UNITED STATES            :
CURRENCY,

                              :

        Defendant-in-rem.      :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

NOTICE:   THIS IS A COURT ORDER WHICH REQUIRES YOU TO APPEAR IN
          PERSON IN COURTROOM 12A, UNITED STATES COURTHOUSE,
          500 PEARL STREET, NEW YORK, NEW YORK 10007, AT
          __9:00 am__ ON __September 15__, 2008

On the annexed Declaration of Sharon E. Frase,

Assistant United States Attorney, and all exhibits thereto, it is

hereby

ORDERED that Sharon E. Frase, Assistant United States

Attorney, and any of the individuals and entities listed on

Exhibit 1 hereto who wish to oppose the plaintiff's claim for

forfeiture and assert an interest in the defendant-in-rem funds

appear before United States District Judge Loretta A. Preska,

Courtroom 12A, United States Courthouse, 500 Pearl Street,

Borough of Manhattan, New York City, New York County, New York State, and Southern District of New York, on the 15th day of September, 2008, at 9:00 a.m., and show cause why judgment by default should not be entered and the defendant-in-rem funds forfeited to the plaintiff United States of America according to law, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and why the plaintiff should not have such other and further relief as may be just and proper, and it is further

ORDERED AND DECREED that a copy of this Order and the papers upon which it is based may be served by August 18, 2008, upon the individuals listed in Exhibit 1 hereto by mailing a copy thereof, properly enclosed in a postpaid wrapper, or in a pre-paid Federal Express envelope, addressed to the respective individual at the last known place of residence, to wit, the respective addresses listed on Exhibit 1 hereto; and answering papers, if any, shall be served and filed on or before September 5, 2008; and reply papers, if any, shall be served and filed on or before September 11, 2008. Courtesy copies of all papers shall be sent to chambers on the same day they are filed.

Dated:   New York, New York
         August 14, 2008

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE